# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mund , Geraldine | U.S. Bankruptcy Court | 04/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankrupcy Judge | ☐ Nomination Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

21041 Burbank Blvd.
Woodland Hills, CA 91367

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund , Geraldine | 04/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mund , Geraldine** | 04/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund , Geraldine | 04/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Real Estate Investment in Israel (Kiryat Bialik, Israel) | A | Interest | J | U | | | | | |
| 3. State of Israel Bonds | A | Interest | J | T | | | | | |
| 4. Rental Property, Sherman Oaks, California | E | Rent | N | W | | | | | |
| 5. Vacant Land Kern County, California appraisal by State 2003 | | None | K | Q | | | | | |
| 6. WELLS FARGO ADVISORS (X) | | | | | | | | | |
| 7. - Aegon NV | A | Dividend | J | T | | | | | |
| 8. - Madera County Partner Valley Children's Hospital Fund | A | Interest | J | T | | | | | |
| 9. - U.S. Government Money Market (X) | A | Interest | | | Merged (with line 13) | 03/27/15 | J | | |
| 10. - Oroville, CA Redevelopment Board | A | Interest | | | Redeemed | 04/20/15 | J | A | |
| 11. - Los Angeles CA UN1 School District | A | Interest | J | T | | | | | |
| 12. - San Francisco CA County Public Utils | A | Interest | J | T | | | | | |
| 13. - Wells Fargo Sweep Account (X) | A | Interest | L | T | Open | 03/27/15 | J | | |
| 14. - Invesco Small Cap Growth | | None | | | Buy | 03/27/15 | J | | |
| 15. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 16. | | | | | Sold | 12/04/15 | J | | |
| 17. - Invesco Floating Rate Fund | A | Dividend | J | T | Buy | 03/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund , Geraldine | 04/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 19. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 20.   - Invesco High Yield Muni Fund | | None | J | T | Buy | 10/28/15 | J | | |
| 21. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 22. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 23.   - Deutsche Global/Intl Fund | | None | J | T | Buy | 03/27/15 | J | | |
| 24.   - AB Mun Income Fd, inc. High Income Mun | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 25. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 26. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 27.   - Baron Select Real Estate Fund | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 28.   - Dreyfus Premier Calif Amt-Free mun BDFD | | None | J | T | Buy | 09/25/15 | J | | |
| 29. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 30. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 31.   - Emerson Electric Co | | None | J | T | Buy | 11/23/15 | J | | |
| 32.   - Fidelity Advisor Technology | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 33. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 34. | | | | | Buy (add'l) | 11/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund , Geraldine | 04/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 36.  - Financial Inv. Trust Emerald Bkg & Fin Fd | | None | | | Buy | 08/04/15 | J | | |
| 37. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 38. | | | | | Sold | 12/16/15 | J | | |
| 39.  - Glaxosmithkline PLC-ADR | | None | J | T | Buy | 11/05/15 | J | | |
| 40.  - Hennessy Funds Tr Gas Utility Index Fund | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 41.  - International Business Machine Corp | A | Dividend | J | T | Buy | 11/05/15 | J | | |
| 42. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 43.  - MFS Ser Tr XIII Diversified Income Fund | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 44. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 45.  - Janus Global Life Sciences | | None | | | Buy | 03/27/15 | J | | |
| 46. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 47. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 48. | | | | | Sold | 12/14/15 | J | | |
| 49.  - Mainstay Epoch Global Equity | A | Dividend | | | Buy | 03/27/15 | J | | |
| 50. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 51. | | | | | Sold | 12/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund , Geraldine | 04/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Lord Abbett Growth Leaders | | | | | Buy | 03/27/15 | J | | |
| 53. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 54. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 55. | | | | | Sold | 11/20/15 | J | A | |
| 56. - Principal Midcap Instl. | | | | | Buy | 03/27/15 | J | | |
| 57. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 58. | | | | | Sold | 12/15/15 | J | | |
| 59. - Pimco FDS Income Fund | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 60. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 61. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 62. - Dreyfus Invt. Fds Standish Global Fixed Income | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 63. - Proctor & Gamble | | None | J | T | Buy | 11/05/15 | J | | |
| 64. - Prudential Invt Port Inc 17 Total Return BD | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 65. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 66. - Prudential World Fd Jennison Global Opptys Fund | | None | J | T | Buy | 11/23/15 | J | | |
| 67. Highland Global Acquisition | A | Dividend | | | Buy | 03/27/15 | J | | |
| 68. | | | | | Sold | 11/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund , Geraldine | 04/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Sunamerica Focused Dividend | A | Dividend | | | Buy | 03/27/15 | J | | |
| 70. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 71. | | | | | Sold | 11/23/15 | J | | |
| 72.  - Qualcomm, Inc. | A | Dividend | J | T | Buy | 11/23/15 | J | | |
| 73.  - Virtus Global Multi Sector Income | A | Dividend | J | T | Buy | 11/05/15 | J | | |
| 74. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 75. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mund , Geraldine | 04/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 6 - In March 2015, I changed financial advisors from Crowell Weedon to Wells Fargo Advisors. All of my assets held by Crowell Weedon were transferred to the control of Wells Fargo Advisors.

Lines 9 and 13 - In the change to Wells Fargo Advisors, the funds in the U.S. Government Money Market account at Crowell Weedon were transferred to Wells Fargo Advisors, which established and placed them in a sweep account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Geraldine Mund**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544